# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1703                    **Short Title:** Dorcas, et al. v. USCIS et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

USCIS, DHS, Joseph B. Edlow and Markwayne Mullin                    as the

[✔] appellant(s)          [  ] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s/ Tyler J. Becker                              6/12/2026
Signature                                        Date

Tyler J. Becker
Name

U.S. Department of Justice
Firm Name (if applicable)                        Telephone Number

950 Pennsylvania Ave NW
Address                                          Fax Number

Washington, DC 20530                             tyler.becker@usdoj.gov
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1220715

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No.

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).