# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 26-1703          **Short Title:** Dorcas International v. USCIS

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

(see attached) _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Ryan Cooper
Signature

6/15/2026
Date

Ryan Cooper
Name

Democracy Forward Foundation ........................
Firm Name (if applicable)

202-448-9090
Telephone Number

P.O. Box 34553
Address

_____
Fax Number

Washington, DC 20043
City, State, Zip Code

rcooper@democracyforward.org
Email (required)

Court of Appeals Bar Number: 1224678

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

Attachment

Parties Represented:

1. African Communities Together
2. American Gateways
3. Dorcas International Institute of Rhode Island
4. Partnership for the Advancement of New Americans
5. Refugee Dream Center
6. SEIU
7. UAW
8. Venezuelan Association of Massachusetts