# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1703          **Short Title:** Dorcas Int'l of Rhode Island et

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Dorcas International Institute of Rhode Island; Refugee Dream Center; as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

*Melissa Keaney*
Signature

6/24/2026
Date

Melissa Keaney
Name

Muslim Advocates
Firm Name (if applicable)

202-897-1896
Telephone Number

P.O. Box 34440
Address

_____
Fax Number

Washington, DC 20043
City, State, Zip Code

melissa@muslimadvocates.org
Email (required)

Court of Appeals Bar Number: _____

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print          Reset

Additional parties represented:

Service Employees International Union; United Automobile, Aerospace and Agricultural Implement Workers of America; African Communities Together; Venezuelan Association of Massachusetts; Partnership for the Advancement of New Americans; and American Gateways