# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 26-1703                    **Short Title:** Dorcas Int'l Inst. of Rhode Island, et al., v. USCIS et al

**Type of Action**

☑    Civil
☐    Criminal/Prisoner
☐    Cross Appeal

A.  Timeliness of Appeal
   1.  Date of entry of judgment or order appealed from 06/11/2026_____
   2.  Date this notice of appeal filed 06/12/2026_____
       If cross appeal, date first notice of appeal filed_____
   3.  Filing date of any post-judgment motion filed by any party which tolls time under Fed. R.
       App. P. 4(a)(4) or 4(b)_____
   4.  Date of entry of order deciding above post-judgment motion_____
   5.  Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or
       4(b)_____
       Time extended to_____

B.  Finality of Order or Judgment
   1.  Is the order or judgment appealed from a final decision on the merits?   ☑ Yes      ☐ No
   2.  If no,
       a.  Did the district court order entry of judgment as to fewer than all claims or all parties
           pursuant to Fed. R. C. P. 54(b)?   ☐ Yes      ☐ No
           If yes, explain_____
       b.  Is the order appealed from a collateral or interlocutory order reviewable under any
           exception to the finality rule?   ☐ Yes      ☐ No
           If yes, explain_____

C.  Has this case previously been appealed?   ☐ Yes      ☑ No
    If yes, give the case name, docket number and disposition of each prior appeal
    _____

D.  Are any related cases or cases raising related issues pending in this court, any district court of
    this circuit, or the Supreme Court?   ☐ Yes      ☑ No
    If yes, cite the case and manner in which it is related on a separate page.  If abeyance or
    consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below?     ☑ Yes     ☐ No
    If yes, is a transcript necessary for this appeal?     ☑ Yes     ☐ No
    If yes, is transcript already on file with district court?     ☑ Yes     ☐ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

    1.  Adverse party DORCAS INTERNATIONAL INSTITUTE OF RHODE ISLAND
        Attorney Kristy Blumeyer-Martinez
        Address  RAICES 131 Interpark Blvd San Antonio, TX 78216
        Telephone 210-469-4218

    2.  Adverse party REFUGEE DREAM CENTER
        Attorney Kristy Blumeyer-Martinez
        Address  RAICES 131 Interpark Blvd San Antonio, TX 78216
        Telephone 210-469-4218

    3.  Adverse party SERVICE EMPLOYEES INTERNATIONAL UNION
        Attorney Kristy Blumeyer-Martinez
        Address  RAICES 131 Interpark Blvd San Antonio, TX 78216
        Telephone 210-469-4218

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

    1.  Appellant's name U.S. Citizenship & Immigration Services
        Address see below
        Telephone see below

        Attorney's name Tyler J. Becker
        Firm US Dept of Justice Civil Division
        Address  Rm 3614 950 Pennsylvania Ave NW Washington, DC 20530-0001
        Telephone  202-514-4052

    2.  Appellant's name JOSEPH B. EDLOW, in the official capacity as Director of the United States Citizenship and Immigration Services
        Address see below
        Telephone see below

        Attorney's name Tyler J. Becker
        Firm US Dept of Justice Civil Division
        Address Rm 3614 950 Pennsylvania Ave NW Washington, DC 20530-0001
        Telephone  202-514-4052

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)     ☑ Yes     ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.


Signature_s/Marie V. Robinson_____

Date_06/25/2026_____

*Dorcas Int'l Inst. of Rhode Island et al v. United States Citizenship & Immigr. Servs. et al, 1st Cir. No. 26-1703*

**Addendum to Docketing Statement**

**Question F, continued**

4. Adverse Party: International Union, United Automobile, Aerospace & Agricultural Implement Workers of America
Attorney: Kristy Blumeyer-Martinez
Address: RAICES 131 Interpark Blvd San Antonio, TX 78216
Telephone: 210-469-4218

5. Adverse Party: African Communities Together
Attorney: Kristy Blumeyer-Martinez
Address: RAICES 131 Interpark Blvd San Antonio, TX 78216
Telephone: 210-469-4218

6. Adverse Party: Venezuelan Association of Massachusetts
Attorney: Kristy Blumeyer-Martinez
Address: RAICES 131 Interpark Blvd San Antonio, TX 78216
Telephone: 210-469-4218

7. Partnership for the Advancement of New Americans
Attorney: Kristy Blumeyer-Martinez
Address: RAICES 131 Interpark Blvd San Antonio, TX 78216
Telephone: 210-469-4218

8. American Gateways
Attorney: Kristy Blumeyer-Martinez
Address: RAICES 131 Interpark Blvd San Antonio, TX 78216
Telephone: 210-469-4218

**Additional Attorneys for Appellees – Question F**

Catherine Mary Agnes Carroll
Direct: 202-448-9090
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043

Ryan W. Cooper
Direct: 202-448-9090
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043

Anashua Dutta
Direct: 202-448-9090
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043

Kevin Love Hubbard
Direct: 401-453-1500
DeLuca Weizenbaum Barry & Revens Ltd
199 N Main St
Providence, RI 02903-0000

Mona Iman
Direct: 210-625-6692
RAICES
131 Interpark Blvd
San Antonio, TX 78216

Melissa Shay Keaney
Direct: 279-269-2362
Muslim Advocates
PO Box 34440
1032 15th St NW, #362
Washington, DC 20043

Kalpana V. Peddibhotla
Direct: 408-550-9240
South Asian American Justice Collaborative
333 W San Carlos St
Ste 600
San Jose, CA 95110

Anisa Rahim
Direct: 408-550-9260
South Asian American Justice Collaborative
333 W San Carlos St
Ste 600
San Jose, CA 95110

Amy Retsinas Romero
Direct: 401-453-1500
DeLuca Weizenbaum Barry & Revens Ltd
199 N Main St
Providence, RI 02903-0000

Abbey Rose Koenning Rutherford
Direct: 202-897-2622
Muslim Advocates
PO Box 34440
1032 15th St NW, #362
Washington, DC 20043

Reem Subei
Direct: 419-699-2080
Muslim Advocates
PO Box 34440
1032 15th St NW, #362
Washington, DC 20043

Robin F. Thurston
Direct: 202-455-9060
Fax: 202-796-4426
Democracy Forward Foundation
PO Box 34553
Washington, DC 20043

**Question G, Continued**

3.  Appellant's Name: Department of Homeland Security
Address: see below
Phone: see below

Attorney's Name: Tyler J. Becker
Firm: U.S. Dep't of Justice, Civil Division
Address: Rm 3614 950 Pennsylvania Ave NW Washington, DC 20530-0001
Telephone: 202 514 4052
4. Appellant's Name: MARKWAYNE MULLIN, in the official capacity as Secretary of the Department of Homeland Security
Address: see below
Phone: see below

Attorney's Name: Tyler J. Becker
Firm: U.S. Dep't of Justice, Civil Division
Address: Rm 3614 950 Pennsylvania Ave NW Washington, DC 20530-0001
Telephone: 202 514 4052

**Additional Attorney for Appellants:**

Marie Vanderbilt Robinson
Direct: 202-353-5667
US Dept of Justice
Office of Immigration Litigation
PO Box 878
Ben Franklin Station
Washington, DC 20044-0878

CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, I electronically filed the foregoing "Docketing Statement" and attachments with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.  I further certify that all participants in this case are registered CM/ECF users and will be adequately served by that system.

/s/ *Marie V. Robinson*
MARIE V. ROBINSON
1st Circuit Bar No. 1198125
Attorney, Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 353-5667