# United States Court of Appeals
## For the First Circuit

No. 26-1703

DORCAS INTERNATIONAL INSTITUTE OF RHODE ISLAND; REFUGEE DREAM CENTER; SERVICE EMPLOYEES INTERNATIONAL UNION; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; AFRICAN COMMUNITIES TOGETHER; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS; AMERICAN GATEWAYS,

Plaintiffs - Appellees,

v.

UNITED STATED CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH EDLOW, in the official capacity as Director of the United States Citizenship and Immigration Services; DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of the Department of Homeland Security,

Defendants - Appellants.

**NOTICE**

Issued: July 8, 2026

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Anisa Rahim
Kristy Blumeyer-Martinez
Mona Iman
Anashua Dutta
Kalpana V. Peddibhotla

The following attorneys will continue to receive notice in this case:

Tyler J. Becker
Kevin M. Bolan
Catherine Mary Agnes Carroll
Ryan W. Cooper
Kevin Love Hubbard

Melissa Shay Keaney
Marie Vanderbilt Robinson
Amy Retsinas Romero
Abbey Rose Koenning Rutherford
Reem Subei
Robin F. Thurston
Lauren S. Zurier

       Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

                         Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Ashley N. - (617) 748-9527

cc:
Tyler J. Becker
Kristy Blumeyer-Martinez
Kevin M. Bolan
Catherine Mary Agnes Carroll
Ryan W. Cooper
Anashua Dutta
Kevin Love Hubbard
Mona Iman
Melissa Shay Keaney
Kalpana V. Peddibhotla
Anisa Rahim
Marie Vanderbilt Robinson
Amy Retsinas Romero
Abbey Rose Koenning Rutherford
Reem Subei
Robin F. Thurston
Lauren S. Zurier