No. 26-1703

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

DORCAS INTERNATIONAL INSTITUTE
OF RHODE ISLAND, et al.,

Plaintiffs-Appellees,

v.

MARKWAYNE MULLIN, et al.,

Defendants-Appellants.

_____

DEFENDANTS-APPELLANTS' ASSENTED TO MOTION FOR LEAVE
TO EXCEED LENGTH LIMITATIONS FOR EMERGENCY MOTION
FOR AN IMMEDIATE ADMINISTRATIVE STAY AND A STAY
PENDING APPEAL

_____

Defendants-Appellants, through undersigned counsel, respectfully move the

Court for leave to file an oversized emergency motion for an immediate administrative

stay and a stay pending appeal not to exceed 7,000 words, which is greater than the

5,200-word type-volume limitations of Fed. R. App. P. 27(d)(2)(A).  Despite counsel's

due diligence, this request is necessary because the district court decisions at issue are

particularly long and raise numerous significant issues which must be addressed in the

Defendants' motion for a stay pending appeal.  In particular, the district court's June 5,

2026 Memorandum and Order granting in part Plaintiffs' motion for summary

judgment is 135 pages long. The Defendants' motion further addresses the district court's July 15, 2026 denial of the Defendants' motion to stay the court's decision pending appeal—the district court's order denying a stay pending appeal is over 25 pages. Due to the depth and breadth of the district court's decisions and the issues involved, the length of Defendants' motion is over the word count.

Counsel for the Plaintiffs-Appellees has been contacted regarding this motion and counsel for Plaintiffs-Appellees has indicated that the Plaintiffs consent to Defendants' request for leave to file an oversized motion on two conditions: (1) that Defendants agree that Plaintiffs' opposition will be due ten days after the stay motion is served as set forth in Federal Rule of Appellate Procedure 27(a)(3)(A); and that Plaintiffs are provided an equal and corresponding enlargement of the word limit for Plaintiffs' opposition, such that Plaintiffs' opposition would also be limited to 7,000 words. Defendants-Appellants agree to both conditions.

Defendants-Appellants file their overlength brief in support of their emergency motion for an immediate administrative stay and a stay pending appeal as an attachment to this motion.

Respectfully submitted,

AUGUST FLENTJE
   Senior Counsel

MARIE V. ROBINSON
   Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044

BRETT A. SHUMATE
   Acting Assistant Attorney General

DREW C. ENSIGN
   Deputy Assistant Attorney General

 *s/ Tyler J. Becker*
TYLER J. BECKER
   Counsel to the Assistant Attorney
   General
U.S. Department of Justice, Civil
Division
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-2000

Date:  July 21, 2026

Attorneys for Defendants-Appellants

## CERTIFICATE OF COMPLIANCE

This motion complies with Fed. R. App. P. 27(d)(2) because it contains 286 words and is under twenty pages.

*s/ Tyler J. Becker*

TYLER J. BECKER

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2026, I electronically filed the foregoing motion

with the Clerk of the Court for the United States Court of Appeals for the First Circuit

by using the appellate CM/ECF system.

*s/ Tyler J. Becker*
TYLER J. BECKER
