No. 26-1703

_____

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE FIRST CIRCUIT

_____

### DORCAS INTERNATIONAL INSTITUTE
### OF RHODE ISLAND, et al.,

**Plaintiffs-Appellees,**

**v.**

### MARKWAYNE MULLIN, et al.,

**Defendants-Appellants.**

_____

### NOTICE TO COURT RE DEFENDANTS-APPELLANTS' MOTION FOR LEAVE TO EXCEED LENGTH LIMITATIONS FOR EMERGENCY MOTION FOR AN IMMEDIATE ADMINISTRATIVE STAY AND A STAY PENDING APPEAL

_____

Defendants-Appellants, through undersigned counsel, were contacted this evening by counsel for Plaintiffs-Appellees shortly after filing the Defendants' motion for leave to file oversized Emergency Motion for an Immediate Administrative Stay and a Stay Pending Appeal. Plaintiffs assented to the motion for leave to file an oversized brief in support of Defendants' emergency motion for a stay pending appeal earlier the evening of July 21, 2026. Shortly after filing for leave with the proposed brief attached, counsel for Plaintiffs contacted counsel for Defendants to inform Defendants that Plaintiffs' assent to the filing of an oversized brief was apparently contingent on

Defendants not seeking an immediate administrative stay of the district court's order. Plaintiffs' counsel had not previously mentioned this to Defendants' counsel.

The request for an immediate administrative stay is not what is adding the additional words, so counsel for Defendants did not understand the agreement to encompass whether or not an administrative stay was sought. Regardless, Defendants-Appellants will agree to withdraw the request for an immediate administrative stay if leave is granted to file an oversize brief not to exceed 7,000 words in support of their emergency motion for a stay pending appeal.

Respectfully submitted,

AUGUST FLENTJE
  Senior Counsel

MARIE V. ROBINSON
  Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044

BRETT A. SHUMATE
  Acting Assistant Attorney General

DREW C. ENSIGN
  Deputy Assistant Attorney General

  *s/ Tyler J. Becker*
TYLER J. BECKER
  Counsel to the Assistant Attorney
  General
U.S. Department of Justice, Civil
Division
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-2000

Date: July 22, 2026

Attorneys for Defendants-Appellants

2

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with Fed. R. App. P. 27(d)(2) because it contains 193 words and is under twenty pages.

*s/ Tyler J. Becker*
TYLER J. BECKER

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

*s/ Tyler J. Becker*
TYLER J. BECKER