# United States Court of Appeals
## For the First Circuit

No. 26-1703

DORCAS INTERNATIONAL INSTITUTE OF RHODE ISLAND; REFUGEE DREAM CENTER; SERVICE EMPLOYEES INTERNATIONAL UNION; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; AFRICAN COMMUNITIES TOGETHER; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS; AMERICAN GATEWAYS,

Plaintiffs - Appellees,

v.

UNITED STATED CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH EDLOW, in the official capacity as Director of the United States Citizenship and Immigration Services; DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of the Department of Homeland Security,

Defendants - Appellants.

### ORDER OF COURT

Entered: July 22, 2026

Defendants-appellants have filed an "assented to motion for leave to exceed length limitations for emergency motion for an immediate administrative stay and a stay pending appeal" and have tendered alongside that motion an oversized "emergency motion for an immediate administrative stay and a stay pending appeal." Defendants-appellants also have filed a follow-on "notice to court . . . ," through which defendants-appellants seek to withdraw their request for an immediate administrative stay so long as the court otherwise accepts the oversized stay motion. Those filings are resolved as follows.

The request to file an oversized stay motion is <u>granted</u>. The tendered "emergency motion for an immediate administrative stay and a stay pending appeal" is accepted for filing. Defendants-appellants' request to withdraw the request "for an immediate administrative stay" is <u>granted</u>.

Plaintiffs-appellees shall file a response, not to exceed 7,000 words, to the motion to stay by August 3, 2026.

Any reply should be filed within 5 days following service of the response. The court intends to rule on the stay motion as soon as practicable following the completion of motion-briefing.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Lauren S. Zurier
Kevin M. Bolan
Marie Vanderbilt Robinson
Tyler J. Becker
Catherine Mary Agnes Carroll
Amy Retsinas Romero
Kevin Love Hubbard
Robin F. Thurston
Abbey Rose Koenning Rutherford
Reem Subei
Anashua Dutta
Melissa Shay Keaney
Ryan W. Cooper