Case: 26-1703   Document: 00118485491   Page: 1   Date Filed: 07/20/2026   Entry ID: 6830884

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

26-1703
Notice
7/8/26

RECEIVED FOR FILING
IN CLERK'S OFFICE

2026 JUL 20 A 11: 52

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

BOSTON MA 020

10 JUL 2026 PM 5 L

US POSTAGE PITNEY BOWES
ZIP 02210 $000.74
02 7W
0008036369 JUL 09 2026
FIRST-CLASS

USMS Screened

Kalpana V. Peddibhotla
South Asian American Justice Collaborative
333 W San Carlos St
Ste 600
San Jose, CA 95110

NIXIE   957   FE 1    0007/16/26
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 02210300299   *1721-02974-10-38