# Case No. 26-1703

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

### DORCAS INTERNATIONAL INSTITUTE OF RHODE ISLAND, et al.,

**Plaintiffs-Appellees,**

**v.**

### United States Citizenship and Immigration Services, et al.,

**Defendants-Appellants.**

## THE DEFENDANTS-APPELLANTS'S MOTION FOR AN EXTENSION OF TIME TO FILE THE OPENING BRIEF

The Defendants-Appellants, through undersigned counsel, move the Court, pursuant to Federal Rule of Appellate Procedure 26(b), for an extension of time of thirty days, to and including Thursday, September 10, 2026, within which to file the Opening Brief. This motion is made in good faith and not for the purpose of delay. This is the first request for an extension of time to file the Government's brief in this case. The Opening Brief is currently due by Tuesday, August 11, 2026. Undersigned counsel submits the attached declaration in support of this motion.

WHEREFORE, the Defendants-Appellants respectfully request that the Court grant this motion for an extension of time until September 10, 2026, to file the Opening Brief.

i

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

TYLER BECKER
Counsel to the Assistant Attorney
General

AUGUST FLENTJE
Senior Counsel

/s/ *Marie V. Robinson*
MARIE V. ROBINSON
1st Circuit Bar No. 1198125
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
PO Box 878, Ben Franklin Station
Washington, DC 20044
(202) 353-5667

ii

# Case No. 26-1703

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

**DORCAS INTERNATIONAL INSTITUTE OF RHODE ISLAND, et al.,**

**Plaintiffs-Appellees,**

**v.**

**United States Citizenship and Immigration Services, et al.,**

**Defendants-Appellants.**

## DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS-APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF

I, Marie V. Robinson, declare pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney in good standing, admitted to the Bar of the State of Maryland. I am employed by the Civil Division of the United States Department of Justice, Washington, D.C. I hold the position of Trial Attorney in the Office of Immigration Litigation.

2. My duties include the preparation of briefs on behalf of the Government in petitions for review brought in the United States Courts of Appeals challenging orders of deportation or removal under the Immigration and Nationality Act.

1

3.  The Defendants-Appellants's Opening Brief in this case is currently due by Tuesday, August 11, 2026.

4.  I am currently assigned to handle the Government's appeal in *Dorcas International Institute of Rhode Island, et al, v. United States Citizenship and Immigration Services, et al,* 1st Cir. No. 26-1703, which includes drafting the Opening Brief.

5.  I will be unable to file the Government's Opening Brief by the due date because of other professional responsibilities.  I am currently assigned to handle the principal briefs in:

    (a)    *Omande v. Blanche*, 1st Cir. No. 26-1287, brief filed August 5, 2026;
    (b)    *John v. Blanche*, 7th Cir. No. 26-1419, brief due by August 28, 2026; and
    (c)    *Concepcion Diaz et. al. v. Blanche*, 1st Cir. No. 26-1059, brief due by September 4, 2026.

6.  Undersigned counsel is a stage four cancer survivor.  On April 6, 2026, I underwent cytoreductive surgery with heated intraperitoneal chemotherapy (CRS-HIPEC) at Wake Forest Hospital in Winston-Salem, North Carolina.  This surgery lasted twelve hours, required a full abdominal incision, and resulted in a five-day hospital stay.  The estimated recovery time for CRS-HIPEC ranges from three to six months.  I am presently recovering well, but every three months I have appointments and scans to monitor for any potential recurrence of my cancer.

7.  During the first week of July 2026, my scans revealed a potential cancer recurrence, which necessitated additional appointments and scans.  Fortunately, the

2

latest scan on August 3, 2026 showed that I likely do not have a recurrence.  My next scan is scheduled for October 27, 2026, with my surgical team in North Carolina.

8.  Additionally, on July 21, 2026, my mother was unexpectedly admitted to the emergency room in Everett, Washington for two days.  She was diagnosed with irregular heartbeat arrhythmias, and on July 22, 2026 she had surgery for a pacemaker to be installed.  The surgical recovery was complicated by her other underlying health issues, and on July 22, 2026, I flew to Seattle, Washington for eight days to assist my family with my mother's post-surgical care.

9.  Undersigned counsel has been assigned and working on this case since June 8, 2026.  It is not practicable to reassign this matter to another Department of Justice attorney due to the demanding schedules carried by all Department of Justice attorneys.

10.  This is the first request for an extension of time to file the Opening Brief, and I will exercise diligence in attempting to file the Opening Brief by the date requested.  I do not oppose Plaintiff-Appellees being granted a corresponding 30-day extension of their Answering Brief.

11.  On August 5, 2026, I contacted the Plaintiffs-Appellees' counsels to obtain their position on this motion.  On August 6, 2026, I was advised by Ryan Cooper that the Plaintiff-Appellees would file a short response to this motion.

I declare, under the penalty of perjury, that the foregoing is true and correct.

3

Executed this 6th day of August, 2026, in Alexandria, Virginia.

/s/*Marie V. Robinson*
MARIE V. ROBINSON
1st Cir. Bar No. 1198125
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 353-5667

## CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 32(g)(1), I certify that this motion meets the requirements of Fed. R. App. P. 27(d)(2)(A) in that contains 1,088 words, and therefore, no more than 5,200 words.  I also certify that as required by Fed. R. App.P. 32(c)(1), the format of this motion meets the requirements of Fed. R. App. P. 27(d)(1), as it is proportionately spaced and has a typeface of 14 points Garamond.

/s/*Marie V. Robinson*
MARIE V. ROBINSON
1st Cir. Bar No. 1198125
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 353-5667

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2026 I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I further certify that all necessary participants in the case are registered CM/ECF users and will therefore be served by CM/ECF.

s/ *Marie V. Robinson*
MARIE V. ROBINSON
Trial Attorney
Dept. of Justice
Civil Division
Office of Immigration Litigation
PO Box 878, Ben Franklin Stn.
Washington, D.C. 20044
(202) 353-5667