No. 26-1703

IN THE UNITED STATES COURT OF APPEALS FOR THE
FIRST CIRCUIT

Dorcas International Institute, et al.,
*Plaintiffs-Appellees*,

v.

United States Citizenship and Immigration Services, et al.,
*Defendants-Appellants*.

On Appeal from the United States District Court for the District of Rhode Island
No. 1:26-cv-00132-JJM-PAS
The Honorable John J. McConnell, Jr.

**PLAINTIFFS-APPELLEES' RESPONSE TO
DEFENDANTS-APPELLANTS' MOTION FOR AN EXTENSION OF TIME
TO FILE THE OPENING BRIEF**

On August 5, 2026, counsel for Appellants contacted counsel for Appellees, stated that Appellants would be moving for a thirty-day extension of time to file their opening brief, and requested Appellees' position on that motion. On August 6, 2026, counsel for Appellees responded and requested that counsel for Appellees include the following statement of Appellees' position in their motion:

> Appellees do not oppose Appellants' motion for a thirty-day extension provided that (a) the Court does not enter a stay of the district court's judgment pending appeal and (b) Appellees are provided an equal extension of time such that Appellees' answering brief is due sixty-days after service of the opening brief. Appellees reserve the right to request expedition of the briefing schedule in the event that any court enters a stay pending appeal.

1

Counsel for Appellants declined to include this language in their motion. Accordingly, Appellees submit this response so that the Court has the benefit of a complete and accurate statement of Appellees' position.

August 6, 2026

Respectfully submitted,

Ryan Cooper
Anashua Dutta
Catherine M.A. Carroll
Robin F. Thurston
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202-448-9090
rcooper@democracyforward.org
adutta@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

Amy R. Romero
Kevin Love Hubbard
Lawyers' Committee for Rhode Island
56 Pine Street, Suite 200
Providence, RI 02903
401-238-3953 ext. 401
amy@lawyerscommitteeri.org
kevin@lawyerscommitteeri.org

Melissa Keaney
Abbey Koenning-Rutherford
Reem Subei
Muslim Advocates
1032 15th Street NW No. 362
Washington, DC 20005
202-655-2969
melissa@muslimadvocates.org
abbey@muslimadvocates.org
reem@muslimadvocates.org

2

Vijay Bondada
South Asian American Justice
Collaborative
333 West San Carlos Street Suite 600
San Jose, CA 95110
408-550-9240
vijay.bondada@saajco.org

*Counsel for Plaintiffs-Appellees*

3

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing contains 164 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f). The document also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Word in proportionally spaced 14 point Times New Roman typeface.

/s/ Ryan Cooper
Ryan Cooper

## CERTIFICATE OF SERVICE

I certify that on August 6, 2026, the foregoing was filed using the Court's CM/ECF system. All participants are registered CM/ECF users and will be served electronically via the CM/ECF system.

/s/ Ryan Cooper
Ryan Cooper