# Case No. 26-1703

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

**DORCAS INTERNATIONAL INSTITUTE
OF RHODE ISLAND, et al.,**

**Plaintiffs-Appellees,**

**v.**

**United States Citizenship and Immigration Services, et al.,**

**Defendants-Appellants.**

## THE DEFENDANTS-APPELLANTS'S REPLY TO PLAINTIFF-APPELLEE'S OPPOSITION TO THE MOTION FOR AN EXTENSION OF TIME TO FILE THE OPENING BRIEF

The Opening Brief is currently due by Tuesday, August 11, 2026. On August 6, 2026, the Defendants-Appellants, through undersigned counsel, moved the Court, pursuant to Federal Rule of Appellate Procedure 26(b), for an extension of time of thirty days, to and including Thursday, September 10, 2026, within which to file the Opening Brief. That motion was the first request for an extension of time to file the Government's brief in this case. Undersigned counsel submitted a declaration in support of this motion detailing how, due to undersigned counsel's workload, and the unanticipated health challenges suffered by counsel and counsel's mother in the weeks prior to the briefing deadline, undersigned counsel would be unable to file the

Opening Brief on time.

Prior to filing the extension motion, undersigned counsel contacted the Plaintiff-Appellees for their position on the motion.  Plaintiff-Appellees advised that their non-opposition was conditional on the court not entering a stay pending appeal, and on the court granting them a corresponding extension of their deadline to file an answering brief.  *See* Plaintiff-Appellees' August 6, 2026 Extension reply.[1]

Plaintiffs-Appellees position is misguided.  Rule 26(b) of the Federal Rules of Civil Procedures provides that "for good cause, the court may extend the time prescribed by these rules or by its order to perform any act. . ."  Such extensions "normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party."  *See* James Mooney, *Deadlines in Civil Litigation: Toward a More Equitable Framework for Granting Extensions,* Yale L. Pol'y Rev. 37:683, 705 n. 95 (2019) (quoting Charles B. Wright & Arthur R. Miller, Federal Practice and Procedure § 1165 (4th ed. 2018)).  The professional and personal reasons laid out in the briefing extension motion constitute good cause.  Accordingly, Defendant-Appellants move the Court to grant the extension motion without the conditions that Plaintiff-Appellees request.  As detailed in Defendant-Appellants' extension motion,

---

[1] Because Plaintiffs' non-opposition was conditional on the stay being granted, which Defendant-Appellants oppose, undersigned counsel elected to allow Plaintiff-Appellees to make their own representations to the Court, rather than this attorney describing a position held by opposing counsel which undersigned counsel opposes as misguided.

should the Court grant this briefing extension request, Defendant-Appellants do not oppose Plaintiff-Appellees being granted a corresponding 30-day extension of their briefing deadline.

Defendant-Appellants continue to move the Court to grant their pending stay motion.

WHEREFORE, the Defendants-Appellants respectfully request that the Court grant the motion for an extension of time until September 10, 2026, to file the Opening Brief.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

TYLER BECKER
Counsel to the Assistant Attorney General

AUGUST FLENTJE
Deputy Director

*/s/ Marie V. Robinson*
MARIE V. ROBINSON
1st Circuit Bar No. 1198125
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
PO Box 878, Ben Franklin Station
Washington, DC 20044
(202) 353-5667

## <u>CERTIFICATE OF COMPLIANCE</u>

As required by Fed. R. App. P. 32(g)(1), I certify that this reply meets the requirements of Fed. R. App. P. 27(d)(2)(A). I also certify that as required by Fed. R. App.P. 32(c)(1), the format of this reply meets the requirements of Fed. R. App. P. 27(d)(1), as it is proportionately spaced and has a typeface of 14 points Garamond.

/s/*Marie V. Robinson*
MARIE V. ROBINSON
1st Cir. Bar No. 1198125
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 353-5667

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August 2026 I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I further certify that all necessary participants in the case are registered CM/ECF users and will therefore be served by CM/ECF.

s/ *Marie V. Robinson*
MARIE V. ROBINSON
Trial Attorney
Dept. of Justice
Civil Division
Office of Immigration Litigation
PO Box 878, Ben Franklin Stn.
Washington, D.C. 20044
(202) 353-5667