# CORPORATE DISCLOSURE STATEMENT

Plaintiffs-Appellees have no parent corporations, and no publicly held corporation holds a 10% or greater ownership interest in any of the Plaintiff entities.

i