# United States Court of Appeals
## For the First Circuit

―――――――――――――

No. 26-1703

DORCAS INTERNATIONAL INSTITUTE OF RHODE ISLAND; REFUGEE DREAM
CENTER; SERVICE EMPLOYEES INTERNATIONAL UNION; INTERNATIONAL UNION,
UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA; AFRICAN COMMUNITIES TOGETHER; VENEZUELAN ASSOCIATION
OF MASSACHUSETTS; PARTNERSHIP FOR THE ADVANCEMENT OF NEW
AMERICANS; AMERICAN GATEWAYS,

Plaintiffs - Appellees,

v.

UNITED STATED CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH EDLOW, in
the official capacity as Director of the United States Citizenship and Immigration Services;
DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official
capacity as Secretary of the Department of Homeland Security,

Defendants - Appellants.

―――――――――――――

**ORDER OF COURT**

Entered: August 11, 2026

Upon consideration, Appellants' opposed motion for a first extension of time to file an
opening brief is granted. The time for Appellants to file their opening brief is enlarged to and
including **September 10, 2026**. To the extent that Appellees seek a reciprocal extension of time to
file a responsive brief, that request is denied without prejudice to renewal once a responsive brief
deadline is entered in this case. See Fed. R. App. P. 27(a)(2)(A) (requiring all motions to "state
with particularity the grounds for the motion"); see also Fed. R. App. P. 26(b) (requiring a party
to show good cause for enlargement of time).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lauren S. Zurier
Kevin M. Bolan
Marie Vanderbilt Robinson
Tyler J. Becker
Catherine Mary Agnes Carroll
Amy Retsinas Romero
Kevin Love Hubbard
Robin F. Thurston
Abbey Rose Koenning Rutherford
Reem Subei
Anashua Dutta
Melissa Shay Keaney
Ryan W. Cooper
Vijayasaradhi Bondada