NIXIE 957 7E 1 0107/16/26
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 02210300425 *1421-01460-10-38

02210$3004

BOSTON MA 020
10 JUL 2026 PM 2 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 02210 $ 000.74⁰
02 7W
0008036369 JUL 09 2026

RECEIVED FOR FILING
IN CLERK'S OFFICE
2026 JUL 23 P 12:05
US COURT OF APPEALS

USMS Screened

26-1703
notice
7/8/26

Anisa Rahim
South Asian American Justice Collaborative
333 W San Carlos St
Ste 600
San Jose, CA 95110

[redacted]

95110-273150