# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1703 **Short Title:** Dorcas International v. USCIS

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Dorcas International Institute of Rhode Island; Refugee Dream Center; [cont.] as the

[ ] appellant(s) [✔] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Juan E. Bedoya
Signature

August 25, 2026
Date

Juan E. Bedoya
Name

Lawyers' Committee for Rhode Island
Firm Name (if applicable)

401-238-3953, ext. 403
Telephone Number

56 Pine Street, Suite 200
Address

Fax Number

Providence, RI 02903
City, State, Zip Code

juan@lawyerscommitteeri.org
Email (required)

Court of Appeals Bar Number: 1198278

Has this case or any related case previously been on appeal?

[✔] No [ ] Yes Court of Appeals No.________________________________

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

The Clerk will enter my appearance as counsel on behalf of [continued from previous page]:

Service Employees International Union; United Automobile, Aerospace and Agricultural Implement Workers of America; African Communities Together; Venezuelan Association of Massachusetts; Partnership for the Advancement of New Americans; and American Gateways.