# Case No. 26-1703

**IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

**DORCAS INTERNATIONAL INSTITUTE OF RHODE ISLAND, et al.,**

**Plaintiffs-Appellees,**

**v.**

**United States Citizenship and Immigration Services, et al.,**

**Defendants-Appellants.**

**DEFENDANTS-APPELLANTS'S UNOPPOSED MOTION TO SUPPLEMENT**

On March 30, 2026, the United States Citizenship and Immigration Services posted on its public-facing website that, after establishing certain internal comprehensive review procedures, the agency had lifted holds on asylum applications from certain non-high risk countries. *See* Appendix ("A") 275. While the district court acknowledged USCIS's statement, the district court nevertheless "assume[d]" that the Global Asylum Hold Policy remained in effect because "the Global Asylum Hold Policy has not been lifted by the USCIS Director, through a subsequent memorandum[.]" A91 n.32.

The Defendant-Appellants, through undersigned counsel, move to supplement

the record with the March 25, 2026 memorandum by the USCIS Director lifting the Global Asylum Hold Policy, *see* Attached, as reflected on USCIS's website shortly thereafter. *See* Appendix (A) 275. Though ordinarily this Court's jurisdiction is limited to the record before the district court, the Court is permitted to consider extra-record evidence in evaluating mootness, *see Manguriu v. Lynch*, 794 F.3d 119, 121-22 (1st Cir. 2015). The attached memorandum shows that the district court's decision vacating the Global Asylum Hold Policy is moot. *See also* Opening Brief (arguing same); A275 (same).

On September 10, 2026, I contacted Plaintiff-Appellees for their position on this motion. I was advised that Plaintiff-Appellees do not oppose this motion.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

TYLER BECKER
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-2000

AUGUST FLENTJE
Deputy Director

*/s/ Marie V. Robinson*
MARIE V. ROBINSON
Trial Attorney
1st Circuit Bar No. 1198125
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044

September 10, 2026

## CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 32(g)(1), I certify that this motion meets the requirements of Fed. R. App. P. 27(d)(2)(A) in that contains 516 words, and therefore, no more than 5,200 words. I also certify that as required by Fed. R. App. P. 32(c)(1), the format of this motion meets the requirements of Fed. R. App. P. 27(d)(1), as it is proportionately spaced and has a typeface of 14 points Garamond.

/s/Marie V. Robinson
MARIE V. ROBINSON
Trial Attorney
U.S. Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September 2026 I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and will be served via that system.

/s Marie V. Robinson
MARIE V. ROBINSON
Trial Attorney
Dept. of Justice, Civil Division
Office of Immigration Litigation
PO Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 353-5667

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs, MD 20588-0009

**U.S. Citizenship and Immigration Services**

March 25, 2026

DECISION MEMORANDUM

TO: Joseph B. Edlow
Director

FROM: Andrew Good
Chief, Office of Policy and Strategy

SUBJECT: **Decision on Lifting Adjudicative Hold for Forms I-589, Application for Asylum and for Withholding of Removal, Filed by Aliens from Non High-Risk Countries**

---

DPP

[redacted]

DPP

[redacted]

DPP

[redacted]

DPP

[redacted]

**Recommendation:** In consultation with OCC, FDNS, and RAIO, OP&S recommends that you approve lifting the adjudicative hold on Forms I-589 filed by aliens from non high-risk countries.

Approve/date 3/25/26 Disapprove/date____________________

Modify/date ______________________ Needs discussion/date__________________