# United States Court of Appeals
## For the First Circuit

No. 26-1703

DORCAS INTERNATIONAL INSTITUTE OF RHODE ISLAND; REFUGEE DREAM CENTER; SERVICE EMPLOYEES INTERNATIONAL UNION; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; AFRICAN COMMUNITIES TOGETHER; VENEZUELAN ASSOCIATION OF MASSACHUSETTS; PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS; AMERICAN GATEWAYS,

Plaintiffs - Appellees,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH EDLOW, in the official capacity as Director of the United States Citizenship and Immigration Services; DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of the Department of Homeland Security,

Defendants - Appellants.

**ORDER OF COURT**

Entered: October 16, 2026
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellants Department of Homeland Security, Joseph B. Edlow, Markwayne Mullin, and United States Citizenship and Immigration Services on October 5, 2026, is not in compliance with the following Local Rule of this court:

- **1st Cir. R. 28.0(a)(1)**, requiring that the appellant include an addendum in the back of its brief, regardless of whether appellant has filed an appendix. The addendum must contain the judgments, decisions, rulings or orders appealed from, including supporting explanation (e.g., a written or transcript opinion), and in addition, where the district court or agency whose decision is under review was itself reviewing or acting upon the decision of a lower-level decision-maker, that lower-level decision as well (e.g., a recommended decision by a magistrate judge or an initial decision by an administrative law judge). ***The appellants' addendum does not contain the challenged "Partial Final Judgment" dated June 11, 2026.***

Appellants Department of Homeland Security, Joseph B. Edlow, Markwayne Mullin, and

United States Citizenship and Immigration Services are ordered to file a conforming brief by **October 23, 2026**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellees' brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lauren S. Zurier
Kevin M. Bolan
Marie Vanderbilt Robinson
Tyler J. Becker
Catherine Mary Agnes Carroll
Amy Retsinas Romero
Juan Esteban Bedoya
Kevin Love Hubbard
Robin F. Thurston
Abbey Rose Koenning Rutherford
Reem Subei
Anashua Dutta
Melissa Shay Keaney
Ryan W. Cooper
Vijayasaradhi Bondada
Matt A. Crapo